# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
June 27, 2005

## ORDER

Pursuant to the directions of the Honorable Richard E. Dorr, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate Judge James C. England commencing on Wednesday, June 8, 2005, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.</u>** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing June 27, 2005.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is August 1, 2005, shall file such motion in a timely fashion. A motion not timely filed will be summarily denied. Likewise, absent a

showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. The moving party must attach a written Waiver of Speedy Trial Rights bearing his or her client's signature. It is further

ORDERED that counsel for a defendant whose case is assigned to Judge Dorr and who wishes to plead guilty, shall immediately call the chambers of the Honorable Richard E. Dorr to schedule the change of plea. If a defendant in a case assigned to another district judge wishes to plead guilty, counsel shall immediately contact the chambers of the undersigned United States Magistrate Judge. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge James C. England</u>

**<u>Wednesday, June 8, 2005</u>**

| | | | |
|---|---|---|---|
| 04-03105-CR-S-RED | | United States | Richard E. Monroe |
| 1:30 p.m. | -01 | Patricia S. Thyer | John Picerno and Susan Faust |
| 04-05023-CR-SW-GAF | | United States | Michael Hendrickson |
| | | v. | |
| 2:00 p.m. | -01 | Craig Oliver Cooper | David R. Mercer |
| 05-05005-CR-SW-ODS | | United States | David C. Jones |

2

|              |     | v.                   |                                    |
|--------------|-----|----------------------|------------------------------------|
| 2:30 p.m.    | -01 | Wendy Ann Mabry      | Teresa Grantham                    |
|              | -02 | Roger Roy Perry      | Ann M. Koszuth                     |

| 04-03163-CR-S-ODS |     | United States   | Angela C. Hasty |
|-------------------|-----|-----------------|-----------------|
|                   |     | v.              |                 |
| 3:00 p.m.         | -01 | John M. Fuqua   | Nancy R. Price  |

| 05-03011-CR-S-RED |     | United States        | Kimberly Weber Dean              |
|-------------------|-----|----------------------|----------------------------------|
|                   |     | v.                   |                                  |
| 3:30 p.m.         | -01 | Alyna L. Wilson      | Shawn Askinosie/ Stacie Bilyeu   |
|                   | -02 | William D. Carpenter | Don Trotter                      |
|                   | -03 | Aaron A. Dominguez   | Ann M. Koszuth                   |

### Thursday, May 9, 2005

| 05-05010-CR-SW-RED |     | United States      | Michael Hendrickson |
|--------------------|-----|--------------------|---------------------|
|                    |     | v.                 |                     |
| 9:00 a.m.          | -01 | Rusty Eugene McCoy | Ann M. Koszuth      |

| 04-05029-CR-SW-DW |     | United States     | Angela C. Hasty |
|-------------------|-----|-------------------|-----------------|
|                   |     | v.                |                 |
| 9:30 a.m.         | -01 | Christina Hill-Cox| Michelle Nahon  |

| 05-03031-CR-S-RED |  | United States | Angela C. Hasty |

|              |     |                      |                      |
|--------------|-----|----------------------|----------------------|
|              |     | v.                   |                      |
| 10:00 a.m.   | -01 | Shawn M. Mooneyham   | Ann M. Koszuth       |
| 05-03027-CR-S-GAF | | United States       | Michael Hendrickson  |
|              |     | v.                   |                      |
| 10:30 a.m.   | -01 | David Wayne Robbins  | Ann M. Koszuth       |
| 05-03041-CR-S-FJG | | United States       | Christopher Nielson  |
|              |     | v.                   |                      |
| 11:00 a.m.   | -01 | Dennis E. Daughterty | David R. Mercer      |
| 05-03042-CR-S-ODS | | United States       | Christopher Nielson  |
|              |     | v.                   |                      |
| 11:30 a.m.   | -01 | Roy H. Crawford      | Michelle Nahon       |
| 05-03047-CR-S-FJG | | United States       | Angela Hasty         |
|              |     | v.                   |                      |
| 1:30 p.m.    | -01 | Johnny E. St. Cin    | Michelle Nahon       |
| 05-03058-CR-S-RED | | United States       | David C. Jones       |
|              |     | v.                   |                      |

| | | | |
|---|---|---|---|
| 2:00 p.m. | -01 | Felix Alvarez-Zarco | John Kizer |
| | -02 | Jose Garcia-Rivera | Elise Barker |

| | | | |
|---|---|---|---|
| 05-03059-CR-S-RED | | United States | David C. Jones |
| | | v. | |
| 2:30 p.m. | -01 | Gabriel Sanchez-Guevara | John Kizer |

| | | | |
|---|---|---|---|
| 05-03053-CR-S-ODS | | United States | Michael Hendrickson |
| | | v. | |
| 3:00 p.m. | -01 | Anthony E. Carnazzo | David R. Mercer |

| | | | |
|---|---|---|---|
| 04-03046-CR-S-ODS | | United States | Randall Eggert |
| | | v. | |
| 3:30 p.m. | -01 | Bonnie M. Jones | Jeffrey Merrell |

**Friday June 10, 2005**

| | | | |
|---|---|---|---|
| 05-05003-CR-SW-RED | | United States | Robyn L. McKee |
| | | v. | |
| 9:00 a.m. | -01 | Juan G. Limon-Gonzalez | Don Trotter |
| | -02 | James Scott Powers | Jason Clough |

| | | | |
|---|---|---|---|
| 03-03175-CR-S-RED | | United States | Richard E. Monroe |
| | | v. | |

| | | | |
|---|---|---|---|
| 9:30 a.m. | -01 | Randall K. Sheridan | Robin Aiken |
| | -02 | Linda G. Sheridan | Thomas Carver |
| | -03 | Cathleen Schlichting | John Kizer |
| | -04 | Steven A. Schlichting | Don Cooley |

| | | | |
|---|---|---|---|
| 05-05009-CR-SW-DW | | United States | Michael Hendrickson |
| | | v. | |
| 10:00 a.m. | -01 | Kenneth Brian Kern | Michelle Law |

| | | | |
|---|---|---|---|
| 04-03072-CR-S-FJG | | United States | James J. Kelleher |
| | | v. | |
| 10:30 a.m. | -01 | Robert Tharp | Stacie Bilyeu |

| | | | |
|---|---|---|---|
| 04-03127-CR-S-ODS | | United States | Richard E. Monroe |
| | | v. | |
| 11:00 a.m. | -01 | Debra James | Nancy R. Price |
| | -02 | Rick D. Cantrell | Shane Cantin |

| | | | |
|---|---|---|---|
| 03-03132-CR-S-RED | | United States | Randall D. Eggert |
| | | v. | |
| 11:30 a.m. | -03 | Raymond G. McElroy | Jeffrey Young |

| | | | |
|---|---|---|---|
| 04-03157-CR-S-GAF | | United States | Tyson Martin |
| | | v. | |

| | | | |
|---|---|---|---|
| 1:30 p.m. | -01 | Todd Andes | David R. Mercer |

| | | | |
|---|---|---|---|
| 04-03161-CR-S-FJG | | United States | Robyn L. McKee |
| | | v. | |
| 2:00 p.m. | -01 | James Kim Boylan | Nancy R. Price |

| | | | |
|---|---|---|---|
| 04-03103-CR-S-FJG | | United States | Michael Hendrickson |
| | | v. | |
| 2:30 p.m. | -01 | Robert Joseph Harper | David R. Mercer |

| | | | |
|---|---|---|---|
| 05-03026-CR-S-RED | | United States | Christopher Nielson |
| | | v. | |
| 3:00 p.m. | -01 | Christopher L. Gray | David R. Mercer |

| | | | |
|---|---|---|---|
| 04-03045-CR-S-RED | | United States | Randall D. Eggert |
| | | v. | |
| 3:30 p.m. | -11 | Monte W. Vogt | Dee Wampler |
| | -12 | Dalmer G. Wagner | Richard Bender |

                                                 /s/ James C. England
                                              **JAMES C. ENGLAND**
                                    **UNITED STATES MAGISTRATE JUDGE**

Date: May 19, 2005